

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2019

No. 04-19-00311-CV

Ernest **BUSTOS,**
Appellant

v.

**ENCINO PARK HOMEOWNERS,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-18828
Honorable Laura Salinas, Judge Presiding

## O R D E R

By order dated September 27, 2019, appellant was ordered to file written proof that the reporter's records for this appeal had been requested and payment arrangements had been made. On October 4, 2019, appellant filed a written response stating he had requested the records and made payment arrangements. It is therefore ORDERED that the reporter's records be filed in this appeal no later than thirty days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2019.

_Luz Estrada_
LUZ ESTRADA,
Chief Deputy Clerk